NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**UNITED STATES STEEL CORPORATION,**
*Plaintiff-Appellant,*

AND

**ARCELORMITTAL USA, LLC,**
*Plaintiff,*

AND

**NUCOR CORPORATION,**
*Plaintiff-Appellant,*

**v.**

**UNITED STATES,**
*Defendant-Appellee,*

AND

**COMPANHIA SIDERURGICA NACIONAL,**
*Defendant-Appellee,*

AND

**NIPPON STEEL & SUMITOMO METAL CORPORATION (formerly known as Nippon Steel Corporation and Sumitomo Metal Industries, Ltd.), JFE STEEL CORPORATION, KOBE STEEL, LTD., AND NISSHIN STEEL CO., LTD.,**

*Defendants-Appellees.*

_____

2012-1695, 2013-1020

_____

Appeals from the United States Court of International Trade in consolidated No. 11-CV-0228, Senior Judge Nicholas Tsoucalas.

_____

**JUDGMENT**

_____

STEPHEN P. VAUGHN, Skadden, Arps, Slate, Meagher & Flom, LLP, of Washington, DC, argued for plaintiff-appellant United States Steel Corporation. With him on the brief were JAMES C. HECHT, ROBERT E. LIGHTHIZER, and STEPHEN J. NARKIN. Of counsel was JEFFREY D. GERRISH.

MAUREEN E. THORSON, Wiley Rein LLP, of Washington, DC, argued for plaintiff-appellant Nucor Corporation. With her on the brief were ALAN H. PRICE and TIMOTHY C. BRIGHTBILL.

CHARLES A. ST. CHARLES, Attorney, Office of the General Counsel, United States International Trade Commission, of Washington, DC, argued for defendant-appellee United States. With him on the brief were DOMINIC L. BIANCHI, Acting General Counsel, and NEAL J. REYNOLDS, Assistant General Counsel for Litigation. Of counsel was MARC ALAN BERNSTEIN.

J. CHRISTOPHER WOOD, Gibson, Dunn & Crutcher LLP, of Washington, DC, argued for defendants-appellees Nippon Steel & Sumitomo Metal Corporation, et al.

CRAIG A. LEWIS and JONATHAN T. STOEL, Hogan Lovells US LLP, of Washington, DC, for defendant-appellee Companhia Siderurgica Nacional.

MARK S. MCCONNELL, DEEN KAPLAN, and WESLEY V. CARRINGTON, Hogan Lovells US LLP, of Washington, DC, for Amicus Curiae Ford Motor Company.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (LOURIE, PROST, and O'MALLEY, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

January 15, 2014                      /s/  Daniel  E.  O'Toole
        Date                          Daniel E. O'Toole
                                      Clerk of Court